

# Shelby County Government

LEE HARRIS
MAYOR

August 4, 2022

Mr. Bobby Wedgworth
12414 Darton Drive
Arlington, Tennessee 38002

RE: **On the Job Inquiry (OJI) Claim – August 5, 2019**
     **Claim Number: 0474-WC-20-0000087**

Dear Mr. Wedgworth:

This letter is in response to a phone message left for my office and a subsequent inquiry from the Shelby County Sheriff's Office regarding an injury you sustained on August 5, 2019. I have thoroughly reviewed all facts presented and offer my conclusion below.

Shelby County records indicate that you sustained an injury on August 5, 2019. You received treatment for the injury and was returned to full duty on October 23, 2019. Your claim was officially closed on October 24, 2019. You later contacted Shelby County Government's Risk Management Office stating that you were suffering from PTSD related to the 2019 injury. Records show that no medical summary in support of your subsequent claim was submitted, which resulted in the closure of the claim on June 3, 2022. You then appealed to Deputy Administrator Greene for reconsideration. Based on medical documentation received, it was determined that the PTSD diagnosis is related to a pre-existing condition and not to the 2019 OJI incident.

Shelby County's On-the-Job Injury (OJI) policy provides for treatment of an injury, illness or disease that arises out of and in the course of performing assigned duties. Your PTSD diagnosis did not arise out of and in the performance of duties but is pre-existing based on medical records. Based on the information your appeal is **denied.** There will be no payments under the County's OJI program for this claim. Any related expenses should be submitted to your personal health insurance company.

Regards,

*La Sonya Harris Hall*

La Sonya Harris Hall, PhD
Deputy Chief Administrative Officer

C: Brenda Greene, Deputy Administrator, Human Resources

VASCO A. SMITH, JR. ADMINISTRATION BUILDING
160 North Main Street, 11th Floor • Memphis, TN 38103 • 901-222-2000 • Fax 901-222-2005
www.shelbycountytn.gov